

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2022

No. 04-22-00618-CV

**IN THE INTEREST OF J.M.E., C.J.V., T.A.W., R.A.C., AND S.S.H.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00277
Honorable Kimberly Burley, Judge Presiding

# O R D E R

The clerk's record has been filed in this appeal. On July 21, 2021, the trial court held a bench trial with regard to the Texas Department of Family and Protective Services's petition to terminate L.W.'s parental rights to her children. On August 21, 2021, the trial court signed an interlocutory order terminating L.W.'s parental rights. On August 2, 2021, L.W. filed a premature notice of appeal, which was forwarded to this court and assigned Appeal No. 04-21-00317-CV. Because the trial court's order was interlocutory at that point, Appeal No. 04-21-00317-CV was dismissed for lack of jurisdiction. *See In re J.M.E.*, No. 04-21-00317-CV, 2021 WL 4875528, at *1 (Tex. App.—San Antonio Oct. 20, 2021, no pet.). However, the reporter's record of the bench trial terminating L.W.'s parental rights was filed in Appeal No. 04-21-00317-CV. Therefore, we ORDER the clerk of this court to transfer the reporter's record filed in Appeal No. 04-21-00317-CV into this appeal.

On September 6, 2022, the trial court signed a final order, which terminated C.V.'s parental rights. On September 12, 2022, C.V. filed a notice of appeal, seeking to appeal the trial court's order terminating his parental rights. The reporter's record of his trial has not been filed and was due on September 22, 2022. We ORDER Angie Jimenez, the court reporter responsible for filing the reporter's record, to file the reporter record on or before **October 17, 2022**.

Entered this 7th day of October, 2022.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
Clerk of Court